# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELBE MAYFIELD, | Civil File No. 08-2452-KHV-GLR |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CENTRAL STATES RECOVERY, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Kelbe Mayfield, and the defendant, Central States Recovery, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  __01/29/09__         By __/s/ J. Mark Meinhardt__
J. Mark Meinhardt, #20245
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated:  __01/29/09__         By __/s/ Michael A. Klutho__
Michael A. Klutho, #78069
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
(612) 333-3000
(612) 333-8829
ATTORNEY FOR DEFENDANT